IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH RIVERA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-1914 |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21 day of June , 2015, upon careful and independent consideration of the administrative record, the brief in support of review filed by Plaintiff and Defendant's response thereto, (Doc. Nos. 10 & 17), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

BY THE COURT:

/s/ Legrome D. Davis

_____
LEGROME D. DAVIS,                    J.